IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CHAMPION MORTGAGE CO., INC.,

Plaintiff,

v.

DANIEL L. POKORSKI a/k/a DAN L. POKORSKI, ROSEMARIE A. POKORSKI a/k/a ROSE A. POKORSKI, COMMISIONER INTERNAL REVENUE SERVICE, STATE OF RHODE ISLAND DIVISION OF TAXATION, CAROL SMITH, FITZ-SAR, LLC, VERMONT STUDENT ASSISTANCE CORPORATION, PELLEGRINO LANDSCAPING & TREE SERVICE, PETROLEUM HEAT & POWER CO., INC. d/b/a DeBLOIS OIL COMPANY, THE WESTERLY HOSPITAL, VALERIE BUROS, and DIANA W. SARGENT,

Defendants.

05 178 S

Case No.

DEFENDANT'S REQUEST FOR ENLARGEMENT
OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, represents that the above-titled action was removed to this Court from the Superior Court, Washington County, by a Notice of Removal filed on April 21, 2005. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses, and the

(3)

governing time period may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done. Accordingly, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure the United States requests the entry of an order enlarging, to and including May 31, 2005, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

In support of this request,[1/] the United States, by its undersigned attorney, represents that enlargement is needed to obtain views of the Internal Revenue Service and to investigate the allegations in the suit.[2/]

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
e-mail: wendy.j.kisch@usdoj.gov

---

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."*

[2/] The United States and federal officers or employees are ordinarily afforded sixty days after service of a summons and complaint upon them to serve an answer or otherwise to defend in a civil action (*see, e.g.*, Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)). The enlargement requested here is consistent with the period provided by Section 2410(b). Moreover, the United States has not yet been properly served.

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing REQUEST FOR ENLARGEMENT has this 27th day of April, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903

Daniel L. Pokorski
151 East Avenue
Westerly, Rhode Island 02891

Fitz-Sar, LLC.
C/O James F. Hyman, Esquire
11 Memorial Boulevard
Newport, Rhode Island 02840

Rosemarie A. Pokorski
49 Briar Patch Road
Stonington, Connecticut 06378

State of Rhode Island
Division of Taxation
C/O Bernard J. Lemos, Esquire
One Capitol Hill
Providence, Rhode Island 02908

Carol Smith
430 River Road
Pawcatuck, Connecticut 16379

Vermont Student Assistance Corp.
C/O Donald R. Vickers
P.O. Box 2000/ Champlain MI
Winooski, Vermont 05404

John c. Levanti, Esquire
16 High Street, Suite 3
Westerly, Rhode Island 02891

DeBlois Oil Company
C/O Prentice-Hall Corp.
222 Jefferson Boulevard, Suite 200
Warwick, Rhode Island 02888

The Westerly Hospital
C/O Sandra Matrone Mack, Esquire
1500 Fleet Center
Providence, Rhode Island 02903

Diane W. Sargent
737 Willow Run Road
Ambler, Pennsylvania 19002

Valerie Buros
4126 North Jokake Drive
Scottsdale, Arizona 85251

Nancy A. DeQuinzo