IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CHAMPION MORTGAGE CO., INC.,

Plaintiff,

v.

DANIEL L. POKORSKI a/k/a DAN L. POKORSKI, ROSEMARIE A. POKORSKI a/k/a ROSE A. POKORSKI, COMMISIONER INTERNAL REVENUE SERVICE, STATE OF RHODE ISLAND DIVISION OF TAXATION, CAROL SMITH, FITZ-SAR, LLC, VERMONT STUDENT ASSISTANCE CORPORATION, PELLEGRINO LANDSCAPING & TREE SERVICE, PETROLEUM HEAT & POWER CO., INC. d/b/a DeBLOIS OIL COMPANY, THE WESTERLY HOSPITAL, VALERIE BUROS, and DIANA W. SARGENT,

Defendants.

Case No. 05-178

**UNITED STATES' ANSWER**

Defendant, United States of America, improperly named and sued as "Commisioner Internal Revenue Service", by its undersigned attorneys, denies each and every allegation that is not specifically admitted below and otherwise submits the following answer to plaintiff's complaint.

FIRST DEFENSE

This action, insofar as it purports to be against the United States, is barred by the sovereign immunity of the United States because plaintiff has failed to comply with the pleading

requirements set forth in 28 U.S.C. § 2410(b).

SECOND DEFENSE

The Commissioner Internal Revenue Service is not a proper party to the action, and the complaint fails to state a claim upon which the Court may grant relief against the Commissioner, either in his official or individual capacity.

THIRD DEFENSE

As and for its third defense, the United States replies to the individually numbered paragraphs of the complaint as follows:

1. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 1.

2. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 2. By way of further answer, it is the United States' understanding that Daniel L. Pokorski is deceased.

3. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 3.

4. Admits.

5. Admits.

6. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 6.

7. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 7.

8. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 8.

9. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 9.

10. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 10.

11. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 11.

12. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 12.

13. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 13.

## FACTS

14. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 14; furthermore, the term "Borrowers" was not previously defined in the complaint.

15. The United States admits that Exhibit A is attached to the complaint and asserts that the document speaks for itself.

16. The United States admits that Exhibit B is attached to the complaint and asserts that the document speaks for itself.

17. The United States admits that Exhibit C is attached to the complaint and asserts that the document speaks for itself.

18. Admits.

19. Admits.

20. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in paragraph 20 (a), (c), (f), (g), (h), (I), (j), (k), (l), (m), (n) and (o). The United States admits the allegations as set forth in paragraph 20 (b), (d), and (e). By way of further answer, the United States asserts that the first Notice of Federal Tax Lien, filed on March 13, 1998 with the Town Clerk in Westerly, Rhode Island, against Daniel and Rosemarie Pokorski, totaling $225,516.13, as of May 15, 2005, arose on the dates of assessment as follows:

| Tax Year | Date Assessed | Unpaid Balance at Assessment |
|---|---|---|
| 1985 | 07/24/1995 | $2,196.57 |
| 1991 | 11/16/1992 | $2,159.13 |
| 1994 | 04/29/1996 | $103,791.82 |
| 1995 | 12/29/1997 | $3,220.22 |
| 1996 | 01/05/1998 | $10,162.90 |

The United States has three additional Notice of Federal Tax Liens recorded on November 23, 1998, May 2, 2000, and June 28, 2005 against the taxpayers Daniel L. and Rosemarie A. Pokorski, totaling $48,293.31 in unpaid federal taxes, as of May 15, 2005.

COUNT I

Declaratory Judgment

21. The United States incorporates by reference its answers to paragraphs 1 though 20 above as if each of those answers were fully set forth herein.

22. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 22.

23. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 23.

24. The United States admits that Champion seeks the costs and expenses that are associated with this action paid from the Surplus Proceeds. The United States denies that Champion is entitled to receive costs and expenses from any portion of the fund that would otherwise go to the United States.

COUNT II
Interpleader

25. The United States incorporates by reference its answers to paragraphs 1 though 24 above as if each of those answers were fully set forth herein.

26. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 26.

27. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 27.

WHEREFORE, the United States respectfully requests that this Court:

A. Determine that the United States holds valid Federal Tax Liens on all property and rights to property of Daniel L. and Rosemarie A. Pokorski, including their interest in the real property and the resulting surplus fund;

B. Determine the priority of the competing liens; and

C. Order such other and further relief as the Court deems just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA, #2495
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000

Anthony DiGioia for
Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' ANSWER has this 31st day of May, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903

Daniel L. Pokorski
151 East Avenue
Westerly, Rhode Island 02891

Fitz-Sar, LLC.
C/O James F. Hyman, Esquire
11 Memorial Boulevard
Newport, Rhode Island 02840

Rosemarie A. Pokorski
49 Briar Patch Road
Stonington, Connecticut 06378

State of Rhode Island
Division of Taxation
C/O Bernard J. Lemos, Esquire
One Capitol Hill
Providence, Rhode Island 02908

Carol Smith
430 River Road
Pawcatuck, Connecticut 16379

Valerie Buros
4126 North Jokake Drive
Scottsdale, Arizona 85251

Vermont Student Assistance Corp.
C/O Donald R. Vickers
P.O. Box 2000/ Champlain MI
Winooski, Vermont 05404

John c. Levanti, Esquire
16 High Street, Suite 3
Westerly, Rhode Island 02891

DeBlois Oil Company
C/O Prentice-Hall Corp.
222 Jefferson Boulevard, Suite 200
Warwick, Rhode Island 02888

The Westerly Hospital
C/O Sandra Matrone Mack, Esquire
1500 Fleet Center
Providence, Rhode Island 02903

Diane W. Sargent
737 Willow Run Road
Ambler, Pennsylvania 19002

Nancy A DiQuinzio