# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHAMPION MORTGAGE, A DIVISION OF KEY BANK, USA NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO CHAMPION MORTGAGE CO., INC.,

Plaintiff

v.

DANIEL L. POKORSKI a/k/a DAN L. POKORSKI, ROSEMARIE A. POKORSKI a/k/a ROSE A. POKORSKI, COMMISIONER INTERNAL REVENUE SERVICE, STATE OF RHODE ISLAND DIVISION OF TAXATION, CAROL SMITH, FITZ-SAR, LLC, VERMONT STUDENT ASSISTANCE CORPORATION, PELLEGRINO LANDSCAPING & TREE SERVICE, PETROLEUM HEAT & POWER CO., INC. d/b/a DeBLOIS OIL COMPANY, THE WESTERLY HOSPITAL, VALERIE BUROS, and DIANA W. SARGENT,

Defendants

C.A. No. 05-178 S

## SETTLEMENT STIPULATION AND STIPULATION OF DISMISSAL

The parties, being the Plaintiff and these Defendants which have appeared in the action, by their undersigned counsel (hereinafter the "parties"), hereby stipulate to settle their respective rights to the surplus proceeds in the amount of One Hundred Forty-Eight Thousand Fifty-Five and 37/100 Dollars ($148,055.37) (the "Surplus Proceeds") resulting from foreclosure proceedings initiated by Plaintiff Champion Mortgage, A Division of Key Bank USA National Association, as Successor in Interest to Champion Mortgage Co., Inc.'s ("Champion" or the "Bank") on real estate and improvements located at 151 East Avenue, Westerly, Rhode Island (the "Property"). The parties hereby stipulate as follows:

1. That the United States of America holds valid Federal Tax Liens on the Property, including one lien filed March 24, 1998 in the amount of $231,628.09, including statutory accruals, as of November 1, 2005;

2. That the United States of America has first priority for payment against all competing liens;

3. That the Bank is granted leave to deliver to the United States of America the total amount of the Surplus Proceeds;

4. That upon making such payment, the Bank is released and discharged from any and all liability to Defendants in this action on account of the matters relating to this cause; and

5. That the parties hereby stipulate to the dismissal of all claims in the within action, with prejudice, with each party to bear its own attorneys' fees and costs.

CHAMPION MORTGAGE, a Division of Key Bank, USA National Association, as Successor in Interest to Champion Mortgage Co., Inc.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Charles A. Lovell (#4004)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 7, 2005

UNITED STATES OF AMERICA

By Its Attorney,

ROBERT CLARK CORRENTE
United States Attorney

[signature]

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.
(202) 307-6553

DATED: November 3, 2005

R. GARY CLARK, TAX ADMINISTRATOR
FOR THE STATE OF RHODE ISLAND

By His Attorneys,

MARCIA McGAIR IPPOLITO, ESQ.
CHIEF OF LEGAL SERVICES

Bernard J. Lemos

Bernard J. Lemos (#2837)
R.I. Division of Legal Services
One Capitol Hill
Providence, RI 02903
(401) 222-6271
(401) 222-8880

DATED: November 1, 2005

PELLIGRINO LANDSCAPING & TREE
SERVICE

By Its Attorney,

JOHN C. LEVANTI, ESQ.

John C. Levanti (#2027)
P.O. Box 304
Westerly, RI 02891
(401) 596-6230

DATED: November ___, 2005

FITZ-SAR, LLC

By Its Attorney,

NEWPORT LAW, P.C.

James F. Hyman (#2105)
11 Memorial Boulevard
Newport, RI 02840
(401) 849-1510

DATED: October ___, 2005

824440_1/3730-13

R. GARY CLARK, TAX ADMINISTRATOR
FOR THE STATE OF RHODE ISLAND

By His Attorneys,

MARCIA McGAIR IPPOLITO, ESQ.
CHIEF OF LEGAL SERVICES

_______________________________

Bernard J. Lemos (#2837)
R.I. Division of Legal Services
One Capitol Hill
Providence, RI 02903
(401) 222-6271
(401) 222-8880

DATED: November ___, 2005

FITZ-SAR, LLC

By Its Attorney,

NEWPORT LAW, P.C.

_______________________________

James F. Hyman (#2105)
11 Memorial Boulevard
Newport, RI 02840
(401) 849-1510

DATED: October ___, 2005

PELLIGRINO LANDSCAPING & TREE SERVICE

By Its Attorney,

JOHN C. LEVANTI, ESQ.

John C. Levanti (#2027)
P.O. Box 304
Westerly, RI 02891
(401) 596-6230

DATED: November 3, 2005

824440_1/3730-13

R. GARY CLARK, TAX ADMINISTRATOR
FOR THE STATE OF RHODE ISLAND

By His Attorneys,

MARCIA McGAIR IPPOLITO, ESQ.
CHIEF OF LEGAL SERVICES

______________________________
Bernard J. Lemos (#2837)
R.I. Division of Legal Services
One Capitol Hill
Providence, RI 02903
(401) 222-6271
(401) 222-8880

DATED: October ___, 2005

PELLIGRINO LANDSCAPING & TREE SERVICE

By Its Attorney,

JOHN C. LEVANTI, ESQ.

______________________________
John C. Levanti (#2027)
P.O. Box 304
Westerly, RI 02891
(401) 596-6230

DATED: October ___, 2005

FITZ-SAR, LLC

By Its Attorney,

NEWPORT LAW, P.C.

______________________________
James F. Hyman (#2105)
11 Memorial Boulevard
Newport, RI 02840
(401) 849-1510

DATED: ~~October~~ November 5, 2005 JFH

824440_1/3730-13

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 11/10/05